**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00653-REB-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

CHRIS KENDRICK CONSTRUCTION, and
CHRIS KENDRICK,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is **Plaintiff's Unopposed Motion For Voluntary Dismissal Without Prejudice** [#19] filed July 8, 2008. After careful review of the motion and the file, I have concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiff's Unopposed Motion For Voluntary Dismissal Without Prejudice** [#19] filed July 8, 2008, is **GRANTED**;

    2. That the Trial Preparation Conference set for June 12, 2009, is **VACATED**;

    3. That the jury trial set to commence June 29, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 8, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**